IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINSTON WOODARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA'S DEPARTMENT OF CORRECTIONS, et al., VAUGHAN (C/O), J. SCHNECK (Hearing Examiner), M. WAHL (Deputy Centralize Services), K. EASON (Deputy Facility Management), J. APONTE (Major), M. LAMAS (Superintendent), J. DUPONT (Chief Hearing Examiner), LT. L. EASON (Security Captain) and DEPARTMENT OF CORRECTIONS | : | NO. 18-3191 |

## ORDER

**NOW**, this 17th day of October, 2018, upon consideration of Winston Woodard's Amended Complaint (Document No. 7), it is **ORDERED** that pursuant to 28 U.S.C. § 1915A(b)(1), the Amended Complaint is **DISMISSED** for failure to state a claim.

/s/TIMOTHY J. SAVAGE